# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| IGNACIO ALCANTARA-RODRIGUEZ, | ) | 3:16-cv-00509-RCJ-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 9, 2018 |
| ROBERT LEGRAND, *et al.*, | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN   REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

On December 18, 2017, Defendant filed his Motion for Summary Judgment (ECF No. 21) in this action.  To date, Plaintiff has failed to oppose the motion.

Plaintiff shall be given an additional **twenty (20) days** from the date of this order within which to file an opposition to Defendant's Motion for Summary Judgment (ECF No. 21).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/
       Deputy Clerk