# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IGNACIO ALCANTARA-RODRIGUEZ, | Case No.: 3:16-CV-00509-RCJ-WGC |
| Plaintiff, | |
| vs. | |
| ROBERT LeGRAND, *et al.*, | **ORDER** |
| Defendants. | |

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated. However, Plaintiff has not filed an updated address with this Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc R. IA 3-1. This Court grants Plaintiff thirty (30) days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within thirty (30) days from the date of entry of this order, the Court will dismiss this action with prejudice.

The Magistrate Judge entered Order (ECF No. 25) directing Plaintiff to file an opposition to Defendant's Motion for Summary Judgment (ECF No. 21) on or before January 29, 2018, to date Plaintiff has failed to oppose the motion.

///
///
///

1    IT IS HEREBY ORDERED that Plaintiff shall file his updated address with the Court within
2 thirty (30) days from the date of this order.
3    IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court
4 shall dismiss this case with prejudice.
5    IT IS SO ORDERED this 6th day of February, 2018.

_____
ROBERT C. JONES
District Judge