# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IGNACIO ALCANTARA-RODRIGUEZ, | Case No.: 3:16-CV-00509-RCJ-WGC |
| Plaintiff, | |
| vs. | |
| ROBERT LeGRAND, *et. al.,* | **ORDER** |
| Defendants. | |

On February 6, 2018, the Court entered Order (ECF No. 27) directing Plaintiff to update his address in accordance with Nevada Local Rule of Practice IA 3-1 within thirty (30) days or the Court may dismiss the case with prejudice.

Plaintiff has failed to show good cause why this action should not be dismissed with prejudice for failure to comply with Court Order (ECF No. 27). Accordingly,

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE for Plaintiff's failure to comply with the Court Order (ECF No. 27). The Clerk of the Court shall close the case.

DATED this 9th day of March, 2018.

_____
ROBERT C. JONES
District Judge